IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DIXSON J. ROMAN CLEMENTE

Plaintiff

v.

LARRY COX, et al.

Defendants

CIVIL NO. 97-2252(HL)

Section 1983

RECEIVED & FILED
1999 NOV 12 PM 2:28
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

## ORDER

On September 26, 1997, the Court dismissed this action as per the reasons set forth in Opinion and Order of even date. (Docket Nos. 4-5). The $150.00 statutory filing fee, however, remains outstanding in the Court's accounts receivables, as per the Clerk's Office "Payment Summary for PLRA Accounts." Mr. Luis A. Nogueras Rivera, Accounting Supervisor at Campamento Guavate has informed the Clerk's Office Finance Staff that plaintiff passed away, as attested to by the attached copy of the "Certification of Death" issued by the Commonwealth of Puerto Rico Forensic Sciences Institute on September 30, 1999.

WHEREFORE, in view of the above, deceased plaintiff's name shall be stricken from the Court's accounts receivables. Copy of this Order shall be forwarded to the Clerk's Office Finance Specialist, Marlene Mortera, for appropriate action.

In San Juan, Puerto Rico, this 10th day of November, 1999.

s/c Finance

NOV 12 1999

HECTOR M. LAFFITTE
CHIEF U.S. DISTRICT JUDGE

AO 72A
(Rev.8/82)

ESTADO LIBRE ASOCIADO DE PUERTO RICO
INSTITUTO DE CIENCIAS FORENSES
SECCION DE PATOLOGIA

30 DE Septiembre DE 1999

## CERTIFICACION DE MUERTE

AUTOPSIA: 3009-99

CERTIFICO QUE PRACTIQUE LA AUTOPSIA O EXAMEN EXTERNO EN EL CUERPO DEL OCCISO:

DIXON ROMAN CLEMENTE  EL DIA 8 DE Agosto DE 1999

LA CAUSA DE LA MUERTE FUE:

HERIDAS DE BALA



ROSA M. RODRIGUEZ, M.D.
PATOLOGO FORENSE

EXPEDICION HOY DIA 30 DE Septiembre DE 1999 A PETICION DE:

Sonia Aponte Vega Técnica Récords I( Administración de Corrección)
Campamento Penal Guavate, Cayey, P.R.

ICF-0200